## 4

Alec J. GERRARD and Gerrard Wire Tying Machines Co., Inc., Plaintiffs-Appellants, v. TI-IT MACHINES COMPANY, Defendant-Appellee.

(Circuit Court of Appeals, Second Circuit. October 5, 1925.)

No. 96.

Appeal from the District Court of the United States for the Southern District of New York.

Samuel E. Darby, Sr., and Darby & Darby, all of New York City, for appellants.

William P. Preble, of New York City, for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order affirmed in open court.